RECEIVED

JUL 1 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| KATHY T. BOUGUES | CIVIL ACTION NO. 04-1833-M |
| VERSUS | JUDGE ROBERT G. JAMES |
| LINCOLN PARISH CLERK OF COURT AND LINCOLN PARISH POLICE JURY | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the April 26, 2005, Report and Recommendation of Magistrate Judge Karen L. Hayes, as adopted by this Court, and consistent with this Court's Show Cause Order in its June 7, 2005 Judgment,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims against the remaining Defendant, Lincoln Parish Police Jury, are dismissed for failure to state a claim for which relief can be granted.

MONROE, LOUISIANA, this 12 day of July, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE